THE STATE, EX REL. BRUNTHAVER, APPELLANT, *v.* BAUMAN, AUDITOR, CITY OF FREMONT, APPELLEE.

(No. 68-691—Decided April 30, 1969.)

60

*Mr. Loren G. Ishler,* for appellant.
*Mr. Calvin W. Bristley, Jr.,* city solicitor, for appellee.

*Per Curiam.* Section 731.30, Revised Code, has been previously considered and held constitutional by this court, beginning with *Shryock* v. *Zanesville* (1915), 92 Ohio St. 375. We finding nothing under the facts of the instant case which warrants a departure from our previous decisions on the question.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, SCHNEIDER, HERBERT and DUNCAN, JJ., concur.